# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMANDA JOHNSEN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN WATER WORKS COMPANY, INC.,<br><br>　　　　　Defendant. | Master File No. 1:24-cv-09752-RMB-EAP |

## STIPULATION AND ORDER OF VOLUNTARY
## DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Amanda Johnsen, Barbara Menichini, Mohamad A. Tlaib, Larry Halstead, Wendy Evans, Samantha Lawson, Denise Fishman, Andrew Wilkins, and Michael Karwoski, and Defendant American Water Works Company, Inc. hereby stipulate to the dismissal of this action, without prejudice and without prejudice to the claims of the putative class, with each party to bear its own costs and attorneys' fees.

Dated: March 21, 2025

| | |
|---|---|
| */s/ James E. Cecchi* | */s/ Susan Fahringer* |
| James E. Cecchi | Susan Fahringer |
| **CARELLA, BYRNE, CECCHI,** | **PERKINS COIE LLP** |
| **BRODY & AGNELLO, P.C.** | 1201 Third Avenue |
| 5 Becker Farm Road | Suite 4900 |

| | |
|---|---|
| Roseland, NJ 07068 | Seattle, WA 98101 |
| Tel.: (973) 994-1700 | Tel: (206) 359-8382 |
| Fax: (973) 994-1744 | Fax: (206) 359-9000 |
| jcecchi@carellabyrne.com | sfahringer@perkinscoie.com |
| *Counsel for Plaintiffs and the Proposed Class* | *Attorneys for Defendant American Water Works Company, Inc.* |

**IT IS SO ORDERED.**

Dated: March 24, 2025

_____
HON. RENÉE MARIE BUMB, U.S.D.J.
UNITED STATES DISTRICT JUDGE